1126

No. 95–7097. Powers v. Floyd. Ct. App. Tex., 10th Dist. Certiorari denied.

No. 95–7100. Bradley v. South Carolina. Sup. Ct. S. C. Certiorari denied.

No. 95–7101. Marian v. Calles et al. C. A. 9th Cir. Certiorari denied.

No. 95–7102. Law v. Law. Sup. Ct. Va. Certiorari denied.

No. 95–7103. Bradley v. Cantley et al. C. A. 4th Cir. Certiorari denied.

No. 95–7105. Macri v. Florida. Sup. Ct. Fla. Certiorari denied.

No. 95–7107. Mueller et al. v. Cruise et al. C. A. 11th Cir. Certiorari denied.

No. 95–7109. Higgins v. Ehrlich et al. C. A. 10th Cir. Certiorari denied.

No. 95–7110. Hines v. Virginia. Sup. Ct. Va. Certiorari denied.

No. 95–7114. Hunt v. Cody, Warden. C. A. 10th Cir. Certiorari denied.

No. 95–7115. Burley v. Gulbranson et al. C. A. 9th Cir. Certiorari denied.

No. 95–7116. Carr v. Nagle, Warden, et al. C. A. 11th Cir. Certiorari denied.

No. 95–7117. Attwood v. Sprouse, Superintendent, Madison Correctional Institution. C. A. 11th Cir. Certiorari denied.

No. 95–7118. Cannon v. Miller et al. C. A. 4th Cir. Certiorari denied.

No. 95–7120. Hernandez v. New Mexico et al. C. A. 10th Cir. Certiorari denied.

No. 95–7121. Arvin-Thornton v. Philip Morris Products, Inc. C. A. 4th Cir. Certiorari denied.